IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MILLA JAZMIN DUQUE, individually, and as Administrator of the Estate of Hector Stanley Duque, deceased; SALVADOR STANLEY DUQUE-MORENO, individually; and MARTHA YOLANDA ANDREATTA DUQUE, individually;<br><br>Plaintiffs,<br><br>vs.<br><br>BROTHERS TRANSPORT LLC, a Kentucky limited liability company; YELENA KOOP, an individual; PEOSTA WAREHOUSING INC., an Iowa corporation; SCOTT PAPER, an individual; OLD DOMINION FREIGHT LINE, INC., a Virginia corporation; JOHN VANCE, an individual; JANE/JOHN DOE, and HECTOR STANLEY DUQUE,<br><br>Defendants. | 8:24CV294<br><br>ORDER |

This matter is before the Court on the Court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify [her]self in any proceeding in which [her] impartiality might reasonably be questioned." Upon review of the complaint in the above-designated case, the undersigned judge shall, and hereby does, recuse herself from the above-designated case pursuant to 28 U.S.C. § 455(a).

1

Dated this 24th day of October, 2024.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge