# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **MILLA JAZMIN DUQUE**, individually, and as Administrator of the Estate of Hector Stanley Duque, deceased; et al.; | 8:24CV294 |
| Plaintiffs, | ORDER |
| vs. | |
| **BROTHERS TRANSPORT LLC**, a Kentucky limited liability company; et al., | |
| Defendants. | |

Counsel for the parties have notified the Court that they have tentatively reached a global settlement of this case. Pursuant to Neb. Rev. Stat. § 30-810, the California probate court that appointed the representative of the estate is required to approve the wrongful death settlements. Accordingly,

**IT IS ORDERED:**

1. On or before **June 2, 2025**, and every 60-days thereafter, counsel shall file a report regarding the status of the California probate court approval of the settlement;
2. Once the California probate court approves the settlement, the parties shall file a copy of such order in this court together with a joint stipulation of dismissal that will fully dispose of the claims in this case; and
3. The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 3rd day of April, 2025.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge